# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Martin H. Ross | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No. 3:22-cv-00003 |
| Warden, London Correctional Institution | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** OVERRULING OBJECTIONS; ACCEPTING AND ADOPTING REPORT AND RECOMMENDATIONS and SUPPLEMENTAL REPORT AND RECOMMENDATIONS; DISMISSING WITH PREJUDICE THE PETITION FOR WRIT and TERMINATING THE CASE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas M. Rose  on a motion for
Report and Recommendations and Supplemental Report and Recommendations

Date: 3/22/2022

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk